UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20303-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**CARL R. RUDERMAN**,

    Defendant.

_____/

### ORDER

THIS CAUSE came before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Change of Plea, entered on October 17, 2023 [ECF No. 26]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 26]** is **AFFIRMED AND ADOPTED**, and Defendant's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 1st day of November, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record